## SMITH VS. HUTCHINSON.

No writ of error lies from an order of Court, directing a Sheriff's deed to be acknowledged.

Error to Common Pleas of Butler County. No. 48 January Term, 1883.

This was a writ of error complaining of the action of the Court below in directing the acknowledgment of a Sheriff's deed.

*S. F. Bowser, Esq.*, for plaintiff in error.

The Supreme Court quashed the writ of error on December 11th, 1882, in the following opinion,

PER CURIAM:

No writ of error lies upon an order directing an acknowledgment of a Sheriff's deed. Every presumption must be made as to the regularity of the proceeding.

Writ of error quashed.